## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2019

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

_Lori Ann Skinner_____, Plaintiff

v.

_HSS Corporate Headquarter_____

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Lori Ann Skinner P.O. Box 134 DeBeque, Co. 81630
(Name and complete mailing address)

(970)697 7682    thewordlori.@gmail.com
(Telephone number and e-mail address)

## B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  HSS Corporate Headquarters 990 South Broadway, Suite 100 Denver, Co. 80209
(Name and complete mailing address)

(303) 603-3000   unknown email address
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Tort 360 Other Personal Injury*
*26 U.S.C Code § 104 Compensation for Injuries*

☐    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Compensation of Injuries

Supporting facts: 1. 20 US Code § 7943 PAIN & SUFFERING # 1 Economic Loss #2 HARM, #3 NONECONOMIC LOSS, # 5 STATE.

2. A security Guard (name unknown). Described As Light skinned, Bald head & thin, verbally assaulted me, dates of Service @ St Marys Medical CENTER-SCL Health on September 24-25, 2018.

3. This verbal Assault was premeditated as this security Guard knew of Doctor Abdomen FRAUD.

4. He called Senior Guards to defend him, but I had already established Patient - client Relationship. WE exchanged Hello's One of the Seniors Asked if I was still here, I replied ("Im back to see the Doctor." As I was ANSWERING - the security Guard put his head down. I also remember another Guard telling him to (shhh), this was either the first argument or the second, because said security guard offered his name & badge number, I was getting ready to take it down on paper, he was advised to not give me the information.

5. MEETS All 5 damages, and all 4 elements.
6. Demand of JURY!

4

CLAIM TWO: _ERPO-Temporary Extreme Risk Protection ORDER & Violence Prevention Act of 2018. Personal on All United of America S2607- 115th Congress_

Supporting facts:

1. Fear for MY life, to include MY INSURANCE, MY Reputation, my Identity FRAUD. FAMILY HAS Helped this CRiminalization, LAW Enforcement - Hospitals (MEdiCAl field)and Now Security Guard's. who can I trust now. Out of Hatred for ME (Loei Ann Skinner) Our country is suffering. will supply MORE INformation upon JURY DEMAND.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Sue For: 1. One Billion Dollars for MENTAL ANGUISH. (DR. ABDOMEN)

2. ERPO - Temporary Extreme Risk Protection Order & Violence Protection Prevention of 2018 AGAINST ALL OF UNITED States of America. S. 2607 - 115th Congress.

3. JURY DEMAND

4. Compensation for Injuries, (Physical & Mental INJURY DUE TO THIS DECEPTION).

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

IN PROPER

(Plaintiff's signature)

March 18, 2019

(Date)

(Revised December 2017)

6